1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR SIMILEYSKY, | No. C 07-5833 RMW |
| Plaintiff, | |
| v. | |
| MICHAEL CHERTOFF, Secretary of U.S. Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; GERARD HEINAUER, District Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Director, California Service Center, U.S. Citizenship and Immigration Services; PETER D. KEISLER, Acting U.S. Attorney General, U.S. Department of Justice; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation, | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| Defendants. | |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the adjudication of Plaintiff and his family's adjustment of status applications (Form I-485).

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-5833 RMW                                    1

| | | |
|---|---|---|
| 1 | Dated: December 7, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| | | United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | /s/ |
| | | ILA C. DEISS |
| | | Assistant United States Attorney |
| 6 | | Attorney for Defendants |
| 7 | | |
| 8 | Dated: December 7, 2007 | /s/ |
| | | VICTOR SIMILEYSKY |
| 9 | | *Pro se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C07-5833 RMW                                    2