# CERTIFICATE OF SERVICE

<u>Victor Simileysky v. Michael Chertoff; et al.</u>
**C 07-5833 RMW**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**STIPULATION TO DISMISS AND [PROPOSED] ORDER**

to be served this date upon the party(ies) as follows:

✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

__ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

__ **FACSIMILE (FAX)** Telephone No.: _____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

__ **FEDERAL EXPRESS**

__ **CERTIFIED MAIL**

__ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Victor Simileysky, Pro Se
4241 Norwalk Drive, Apt. Z208
San Jose, CA 96129

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 13, 2007 at San Francisco, California.

_____/s/_____
CAROL E. WEXELBAUM
Legal Assistant