SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

*E-FILED - 12/20/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR SIMILEYSKY, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of U.S. Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; GERARD HEINAUER, District Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Director, California Service Center, U.S. Citizenship and Immigration Services; PETER D. KEISLER, Acting U.S. Attorney General, U.S. Department of Justice; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-5833 RMW <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the adjudication of Plaintiff and his family's adjustment of status applications (Form I-485).

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-5833 RMW                                    1

| | | |
|---|---|---|
| 1 | Dated: December 7, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: December 7, 2007

/s/
VICTOR SIMILEYSKY
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   12/20/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C07-5833 RMW                                    2